FILED

02/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0186

JACOB SMITH,

Plaintiff and Appellant,

v.

MICHAEL ROOPE,

Defendant and Appellee.

FILED

FEB 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On December 31, 2020, Appellant Jacob Smith filed a Petition for Rehearing with this Court. After due consideration,

IT IS HEREBY ORDERED that the Petition for Rehearing is DENIED.

The Clerk of this Court shall provide a copy of this Order to Jacob Smith and to all counsel of record.

DATED this 2nd day of February, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices